# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL TOLLEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMERICA INCORPORATED, a Delaware Corporation; et al.,<br><br>Defendants. | Case No. 20cv1529-MMA-KSC<br><br>**ORDER GRANTING JOINT MOTION AND STAYING ACTION PENDING ARBITRATION**<br><br>[Doc. No. 7] |

Upon consideration of the parties' joint motion to stay this action pending arbitration proceedings, good cause appearing, the Court **GRANTS** the motion. Accordingly, **IT IS HEREBY ORDERED** that this action is stayed pending resolution of the parties' arbitration proceedings. The Court **VACATES** any pending deadlines or hearings and **DIRECTS** the Clerk of Court to administratively close the case.

The Court **ORDERS** the parties to file a joint status report within five (5) court days following the termination of arbitration proceedings, or in the alternative, if appropriate, a joint motion for dismissal.

**IT IS SO ORDERED**.

DATE: September 2, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge